UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 20-10952-MDC-7

Kevin Campbell                                                                 Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood_____

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                            Bankr. Case No. 20-10952-MDC-7

Kevin Campbell                                                                                                        Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 27, 2020 :

| | |
|---|---|
| BRAD J. SADEK | Gary F. Seitz |
| 1315 Walnut Street | 601 Walnut Street, |
| Suite 502 | Suite 280 South |
| Philadelphia, PA 19107 | Philadelphia, PA 19106 |

By __/s/ Mandy Youngblood_____
    Mandy Youngblood

xxxxx94659 / 1013057